Andrew J Holick
8907 Royal Birkdale Drive
Chesterfield, VA 23832
(804) 350-5942
Fax: (804) 739-5850

February 1, 2016

Suzanne E. Wade, Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218-1780
Fax: (804) 775-0986
Email: ecfsummary@ch13ricva.com



RE:   Case 15-36520-KLP
      David G. Lambert and Brenda L. Lambert
      MOTION

## MOTION

DAVID G. LAMBERT
BRENDA L. LAMBERT

CASE# 15-36520-KLP

I OBJECT TO THIS BANKRUPTCY MOVING FORWARD AND PRAY THAT THIS MATTER BE DISMISSED/CLOSED AS SOON AS POSSIBLE. I ASK THAT THIS MOTION BE HEARD ON OR BEFORE FEBRUARY 11, 2016, BASED ON THE FOLLOWING:

THE FACT THAT DAVID G. LAMBERT AND BRENDA L. LAMBERT ARE INELIGIBLE FOR DISCHARGE PURSUANT TO 11 U.S.C. 727(a)(8)(9) OR 1328(f).

I ATTACH SUPPORTING DOCUMENTATION, THE FACT THAT DAVID G. LAMBERT AND BRENDA L. LAMBERT FILED CHAPTER 7 BANKRUPTCY ON JULY 9, 2014, DISCHARGED OCTOBER 22, 2014, BANKRUPTCY CASE# 14-33685-KRH. ALSO, ADDITIONAL SUPPORTING DOCUMENT FROM WILLIAM C. REDDEN, CLERK U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF VIRGINIA, DATED DECEMBER 24, 2015, FILED DECEMBER 26, 2015, "NOTICE THAT DEBTORS ARE INELIGIBLE FOR DISCHARGE". PIA J. NORTH, ATTORNEY FOR THE DEBTOR AND JOINT DEBTOR, WAS SENT NOTICE THROUGH THE COURT'S CM/ECF ELECTRONIC MAIL (EMAIL) SYSTEM ON DECEMBER 24, 2015.

I certify that I mailed and faxed this notice on February 1, 2016 to Suzanne E. Wade, Chapter 13 Trustee, P.O. Box 1780, Richmond, VA 23218-1780 Fax #(804) 775-0986.

I certify that I mailed and faxed this notice on February 1, 2016 to Pia J. North, North Law, 5913 Harbour Park Drive, Midlothian, VA 23112   Fax # (804) 739-2550.

I certify that I mailed this notice on February 1, 2016 to William C. Redden, Clerk, United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, 701 East Broad Street, Richmond, VA 23219.

Given under my hand this 1st day of February, 2016

Andrew J Holick

**14-33685-KRH** David Gene Lambert and Brenda Lee Lambert
**Case type: bk Chapter: 7 Asset: No Vol: v Judge:** Kevin R. Huennekens
**Date filed:** 07/09/2014 **Date of last filing:** 10/27/2014
**Debtor discharged:** 10/22/2014 **Joint debtor discharged:** 10/22/2014
**Date terminated:** 10/27/2014

# Attorneys

Nnika E. White
SUSPENDED
9101 Midlothian Turnpike
Suite 800
Richmond, VA 23235
(804) 377-9431
(804) 377-9434 (fax)
*Assigned: 07/09/2014*

representing

**Brenda Lee Lambert**
6425 Meadowburm Drive
Richmond, VA 23234
*(Joint Debtor)*

**David Gene Lambert**
6425 Meadowburm Drive
Richmond, VA 23234
*(Debtor)*

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/18/2016 09:29:58 | | | |
| PACER Login: | ajholick:4397906:0 | Client Code: | |
| Description: | Attorney List | Search Criteria: | 14-33685-KRH |
| Billable Pages: | 1 | Cost: | 0.10 |

**United States Bankruptcy Court**
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

Case Number  15-36520-KLP
Chapter  13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David G. Lambert
6425 Meadowburm Drive
Chesterfield, VA 23234

Brenda L. Lambert
6425 Meadowburm Drive
Chesterfield, VA 23234

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
   Debtor: xxx-xx-4728                    Joint Debtor: xxx-xx-0370

Employer Tax-Identification (EIN) No(s).(if any):
   Debtor: NA                              Joint Debtor: NA

## NOTICE THAT DEBTORS ARE INELIGIBLE FOR DISCHARGE

Upon review of the Debtors' previously filed case(s), notice is hereby given that Debtors David G. Lambert and Brenda L. Lambert are ineligible for a discharge pursuant to 11 U.S.C. §727(a)(8),(9) or §1328(f). The Court shall not grant a discharge if the Debtors have received a discharge in a case filed under chapter 7, 11, 12, or 13 within the period of time specified under 11 U.S.C.§727(a)(8),(9) or §1328(f).

Objections contesting the record must be filed with the Clerk of the U.S. Bankruptcy Court within twenty-one (21) days from the date of this notice.

Dated:  December 24, 2015            For the Court,

                                     William C. Redden, Clerk
[ntcrepeatboth.jsp]                  United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:
David G. Lambert
Brenda L. Lambert
    Debtors

Case No. 15-36520-KLP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7      User: admin         Page 1 of 1        Date Rcvd: Dec 24, 2015
                          Form ID: ntcrepea   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2015.
db/jdb          +David G. Lambert,    Brenda L. Lambert,    6425 Meadowburm Drive,    Chesterfield, VA 23234-5544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 26, 2015                               Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 24, 2015 at the address(es) listed below:
              Pia J. North    on behalf of Joint Debtor Brenda L. Lambert
               lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;mandy@pianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;kimberly@pianorth.com;North_ecf@Iamthewolf.co
              Pia J. North    on behalf of Debtor David G. Lambert
               lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;mandy@pianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;kimberly@pianorth.com;North_ecf@Iamthewolf.co
              Suzanne E. Wade    ecfsummary@ch13ricva.com, trustee@ch13ricva.com
                                                                                             TOTAL: 3