**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**

|  |  |  |  |
|---|---|---|---|
| In re | David G. Lambert | Case | |
|  | Brenda L. Lambert | No. | 15-36520 |
|  | Debtor(s) | Chapter | 13 |

**CHANGE OF ADDRESS**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case.**

For:  ☒  Debtor
☐  Attorney [If Applicable:] Name: _____
☐  Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:                ☒  Husband and Wife
                                              ☐  Husband Only
                                              ☐  Wife Only

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____
*[If applicable]* Creditor Name: _____

**New Address:   202 East Brookland Park Blvd.,  Richmond, VA  23222**

**Old Address:** 6425 Meadowburm Drive, Chesterfield, VA23234

**Date:   February 26, 2016**

/s/Pia J. North_____
**Attorney for Debtor(s)**

pc:   Trustee
United States Trustee
Creditor (for creditor's change of address)