UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:  David G. Lambert and       Case No. 15-36520-KLP
       Brenda L. Lambert,      Chapter 13
           Debtors

ORDER

A hearing was held on March 2, 2016, on the motion filed by Andrew J. Holick for the dismissal of the chapter 13 bankruptcy case of Debtors David G. Lambert and Brenda L. Lambert. Holick, a creditor in the case, had argued that the case had been filed in bad faith.  At the hearing, the Court heard argument and the evidence presented by the parties and ruled from the bench that the motion to dismiss would be denied. Therefore, for the reasons announced in open court,

IT IS ORDERED that the motion to dismiss filed by Andrew J. Holick is DENIED.

Signed: March 3, 2016

                                               /s/ Keith L. Phillips
                                      United States Bankruptcy Judge

Copies:

Entered on Docket: March 3, 2016

David G. Lambert
202 East Brookland Park Blvd.
Richmond, VA 23222

Brenda L. Lambert
202 East Brookland Park Blvd.
Richmond, VA 23222

Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780

Pia J. North
North Law
5913 Harbour Park Drive
Midlothian, VA 23112

Andrew J. Holick
8907 Royal Birkdale Drive
Chesterfield, VA 23832