**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | **David G. Lambert** ) | |
| | **Brenda L. Lambert** ) | |
| | ) | **Case No. 3:15-BK-36520-KLP** |
| | Debtors. ) | **Chapter 13** |
| | ) | |
| **Address** | ) | |
| | **David G. Lambert** ) | |
| | **Brenda L. Lambert** ) | |
| | **202 E. Brookland Park Blvd** ) | |
| | **Richmond, VA 23222** ) | |

Last four digits of SSN or ITIN:    **4728**
                                    **0370**

### ORDER ON MOTION FOR EXPEDITED HEARING

**COMES NOW**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), and says as follows:

### JURISDICTION, VENUE, CORE PROCEEDING

1) This court has jurisdiction pursuant to 28 USC 1441.

2) This is the proper venue pursuant 28 USC 1391.

3) This is a core proceeding pursuant to 28 USC 157.

### PARTIES

4) The movants are the Debtors in the above identified case, as defined by the Bankruptcy Code.

5) Respondents are creditors as defined by the Bankruptcy code.

### FACTS

6) Movants filed a Voluntary Petition for Relief in this court on December 23, 2015.

7) There is a pending garnishment filed in the state court filed by a listed, scheduled creditor.

8) The same creditor filed a motion to dismiss the case, which was denied after a hearing in which he attended, and has objected to the confirmation of the Chapter 13 Plan.

9) Allowing the garnishment to proceed will do irreparable harm to the debtors and to the efficacy of the Bankruptcy case.

10) The actions of the creditor are in violation of the Automatic Stay

### RELIEF GRANTED

It is therefore ORDERED that an expedited hearing is GRANTED.

Entered: Mar 15 2016                    /s/ Keith L. Phillips
_____              _____
                                      Keith L. Phillips, Judge, US Bankruptcy Court
                                      Eastern District of Virginia, Richmond Division

Entered on Docket: Mar 16 2016

I ASK FOR THIS

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
Tel: 804.592.0792 Fax: 804.234.1159
jkrumbein@krumbeinlaw.com

### CERTIFICATE OF ENDORSEMENT PURSUANT TO LBR 9022-1

I certify that all necessary people have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

SERVICE LIST

BY ECF:

Pia J. North. Counsel for debtors

Suzanne E. Wade, Trustee

BY US MAIL

David G. Lambert
Brenda L. Lambert
202 E. Brookland Park Blvd
Richmond, VA 23222

Jason M. Krumbein, Esq.
Special Counsel for Debtors
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230

United States Bankruptcy Court
Eastern District of Virginia

In re:
David G. Lambert
Brenda L. Lambert
    Debtors

Case No. 15-36520-KLP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: manleyc     Page 1 of 1     Date Rcvd: Mar 16, 2016
                      Form ID: pdford7     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2016.
db/jdb      +David G. Lambert,    Brenda L. Lambert,    202 East Brookland Park Blvd.,    Richmond, VA 23222-2723
           +Jason M. Krumbein, Esq.,    Krumbein Consumer Legal Services, Inc.,    1650 Willow Lawn Drive, Suite 201,    Richmond, VA 23230-3435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2016 at the address(es) listed below:
       Pia J. North    on behalf of Joint Debtor Brenda L. Lambert
        lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;mandy@pianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;kimberly@pianorth.com;North_ecf@Iamthewolf.co
       Pia J. North    on behalf of Debtor David G. Lambert
        lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;mandy@pianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;kimberly@pianorth.com;North_ecf@Iamthewolf.co
       Suzanne E. Wade     ecfsummary@ch13ricva.com,   trustee@ch13ricva.com
                                                                                   TOTAL: 3