UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | | |
|---|---|---|
| In re: | David G. Lambert ) | |
| | Brenda L. Lambert ) | |
| | ) | Case No. 3:15-BK-36520-KLP |
| | Debtors. ) | Chapter 13 |
| | ) | |
| Address | ) | |
| | David G. Lambert ) | |
| | Brenda L. Lambert ) | |
| | 202 E. Brookland Park Blvd ) | |
| | Richmond, VA 23222 ) | |

Last four digits of SSN or ITIN:   **4728**
                                    **0370**

## ORDER ON MOTION TO EMPLOY SPECIAL COUNSEL

**UPON MOTION BY**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), and pursuant to 11 USC 330 the court FINDS

1) This motion is filed pursuant to 11 USC 30.

2) This court has jurisdiction pursuant to 28 USC 1441.

3) This is the proper venue pursuant 28 USC 1391.

4) This is a core proceeding pursuant to 28 USC 157.

5) Movants filed a Voluntary Petition for Relief in this court on 12/23/2015.

6) Movant wishes to employ special counsel to contest a state court Garnishment and prosecute a claim for violation of the automatic stay.

7) Counsel has agreed to represent movant if the court approves this employment.

8) Counsel is to be paid through the Chapter 13 Plan, upon approval by the court of a Supplemental fee application to be submitted at the completion of the action anticipated by this motion for the state court work, and on a contingency fee basis for the stay violation work.

THEREFORE, it is ORDERED that Jason M. Krumbein is appointed counsel to the debtors for the purpose of contesting the state court garnishment proceeding and prosecuting a claim for violation of the automatic stay; and

ORDERED that Mr. Krumbein shall file an application for compensation at the conclusion of his representations; and

ORDERED that Mr. Krumbein shall be paid through the plan for the state court work; and

ORDERED that Mr. Krumbein shall be paid on a contingency fee basis for the violation of the automatic stay; and

ORDERED that Mr. Krumbein shall be permitted to terminate his representation of the debtors at the conclusion of the adversary proceeding.

ENTERED: Mar 15 2016

/s/ Keith L. Phillips
Keith L. Phillips
JUDGE, US Bankruptcy Court
Eastern District of Virginia, Richmond Div.

Entered on Docket: Mar 16 2016

| I ASK FOR THIS<br><br>/s/ Jason M. Krumbein, Esq.<br>Jason M. Krumbein, Esq. VSBN 43538<br>Counsel for the Debtor(s) in Bankruptcy<br>Krumbein Consumer Legal Services, Inc.<br>1650 Willow Lawn Drive, Suite 201<br>Richmond, VA 23230<br>Tel: 804.592.0792 Fax: 804.234.1159<br>jkrumbein@krumbeinlaw.com | Seen and Agreed:<br><br>/s/ Pia J. North, Esq.<br>Pia J. North, Esq. VSBN 29672<br>North Law<br>5913 Harbour Park Dr.<br>Midlothian, VA 23112<br>Tel: 804.739.3700<br>help@PiaNorth.com |
|---|---|
| Seen and NOT objected to:<br><br>/s/ Suzanne E. Wade, Trustee<br>Suzanne E. Wade, Trustee<br>P.O. Box 1780<br>Richmond, VA 23219-1720<br>Tel:804.775.0979 | |

**CERTIFICATE OF ENDORESMENT PURSUANT TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

MAILING MATRIX

BY ECF:
Pia J. North, Counsel for Debtors
Suzanne E. Wade, Chapter 13 Trustee

BY US MAIL
Debtors:
David G. Lambert
Brenda L. Lambert
202 E. Brookland Park Blvd
Richmond, VA 23222

Jason M. Krumbein, Esq.
Special Counsel for Debtors
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230

United States Bankruptcy Court
Eastern District of Virginia

In re:  
David G. Lambert  
Brenda L. Lambert  
    Debtors

Case No. 15-36520-KLP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: manleyc     Page 1 of 1     Date Rcvd: Mar 16, 2016  
                     Form ID: pdford9    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2016.
```
db/jdb       +David G. Lambert,    Brenda L. Lambert,    202 East Brookland Park Blvd.,
               Richmond, VA 23222-2723
             +Jason M. Krumbein, Esq.,    Krumbein Consumer Legal Services, Inc.,
               1650 Willow Lawn Drive, Suite 201,    Richmond, VA 23230-3435
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2016                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2016 at the address(es) listed below:
```
          Pia J. North    on behalf of Joint Debtor Brenda L. Lambert
           lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;mandy@pianorth.com;northl
           awecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;kimberly@pianorth.com;North_e
           cf@Iamthewolf.co
          Pia J. North    on behalf of Debtor David G. Lambert
           lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;mandy@pianorth.com;northl
           awecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;kimberly@pianorth.com;North_e
           cf@Iamthewolf.co
          Suzanne E. Wade    ecfsummary@ch13ricva.com,   trustee@ch13ricva.com
```
                                                    TOTAL: 3