UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CASE NO: 15-36520-KLP
CHAPTER 13

In re
David G. Lambert
Brenda L. Lambert

Debtor(s),



ANDREW J. HOLICK

## MOTION TO DISMISS OR SUSPEND ORDER ON MOTION FOR EXPEDITED HEARING

COMES NOW the creditor, Andrew J. Holick, and hereby serves its notice to Request that the ORDER ON MOTION FOR EXPEDITED HEARING be dismissed, revoked or suspended, until after the MOTION TO RECONSIDER, that was entered onto the docket on March 14th, 2016 and scheduled to be heard on April 6, 2016 at 10:30 A.M., has occurred.

WHEREFORE, this Creditor respectfully requests this honorable Court to Dismiss, revoke or suspend this case or schedule a time to have it heard.

Pro Se
ANDREW J. HOLICK
8907 Royal Birkdale Drive
Chesterfield, VA  23832
(804) 350-5942

## CERTIFICATE OF SERVICE

I CERTIFY that a copy has been furnished either by electronic or standard first class mail on March 17, 2016, to: David G. Lambert and Brenda L. Lambert, Debtor(s), 202 E. Brookland Park Blvd., Richmond, VA 23222; Jason M. Krumbein, Esq., Counsel for the Debtor(s) in Bankruptcy, Krumbein Consumer Legal Services, Inc., 5310 Markel Rd., Suite 102, Richmond, VA 23230; Suzanne E. Wade, Chapter 13 Trustee, PO Box 1780, Richmond, VA 23218-1780 Fax: (804) 775-0986, Pia North, North Law, 5913 Harbour Park Dr., Midlothian, VA 23112.

Given under my hand this 17th day of March, 2016

ANDREW J. HOLICK

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Richchmond ▼ Division

In re   David G. Lambert

Brenda L. Lambert

Case No.   3:15-BK-36520-KLP

Chapter   13

Debtor(s)

## NOTICE OF HEARING

TO:   Creditor(s) and Parties of Interest

On 3/17/2016_____, Andrew J. Holick, Creditor_____ filed with the Court
MOTION TO DISMISS OR SUSPEND ORDER ON MOTION FOR EXPEDITED HEARING

NOTICE IS HEREBY GIVEN that a hearing to consider and act upon said matter will be held at:

U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5100, Richmond, VA   23219

Date:   April 6, 2016

Time:   10:30 A.M.

Date:                                                   NOTICE GIVEN BY:
                                                        _____
                                                        Counsel/Pro Se
                                                                Andrew J. Holick
                                                        Address:  8907 Royal Birkdale Drive
                                                                  Chesterfield, VA   23832

                                                        State Bar Number [if applicable]:
                                                        Telephone Number:  (804) 350-5942

Case No.    15-36520-KLP

### CERTIFICATE OF SERVICE

I CERTIFY that on March 17, 2016, I have mailed a true copy of the foregoing documents by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee and to all creditors and parties in interest of the mailing list attached hereto.

Andrew J. Holick

Given under my hand this 17th day of March, 2016.

Andrew J. Holick

---

David G. Lambert and
Brenda L. Lambert
202 E. Brookland Park Blvd.
Richmond, VA   23222

Suzanne E. Wade
Chapter 13 Trustee
PO Box 1780
Richmond, VA   23218-1780
Fax: (804)775-0986

Alfa Vision Insurance Co
PO Box 2328
Brentwood, TN   37024-2328

Avid Acceptance
PO Box 708580
Sandy, UT   84070-8580

Avid Acceptance, LLC
6995 Union Park Center
Midvale, UT   84047-6047

CJW Medical Center
Post Office Box 99008
Bedford, TX   76095-9108

City Auto
4000 Regent Blvd
Irving, TX   75063-2246

City of Richmond DPU Bank
Dept. of Public Utilities
730 E. Broad Street, 5th Floor
Richmond, VA   23219-1861

Comcast
5401 Staples Mill Road
Richmond, VA   23228-5443

Commonwealth Hospitalist Serv.
4050 Innslake Dr.
Suite 308
Glen Allen, VA   23060-3327

Consumer Portfolio Svc.
Attn: BANKRUPTCY
19500 Jamboree Rd.
Irvine, CA   92612-2401

Dominion Virginia Power
PO Box 26543
Richmond, VA   23290-0001

Focus Recovery Solutions
Attn:  Bankruptcy
9701 Metropolitan Court, Suite B
Richmond, VA   23236

Fast Auto Loan
5218 West Broad St.
Richmond, VA   23230-3010

First Credit Corporation
PO Box 9300
Boulder, CO   80301-9300

First Credit Corporation
PO Box 9300
Boulder, CO   80301-9300

Henrico County Treasurer PP
PO Box 90775
Henrico, VA   23273-0775

Ntelos
PO Box 580423
Charlotte, NC   28258-0423

Case No.    15-36520-KLP

Produce Source Partners
13167 Telecourt Rd
Ashland, VA    23005-7454

Solomon & Solomon, PC
5 Columbia Circle
Albany, NY    12203-6374

Jason M. Krumbein, Esq.
Krumbein Consumber Legal
  Services, Inc.
1650 Willow Lawn Dr., Suite 201
Richmond, VA    23230

Chesterfield County Property Taxes
Richard A. Cordle, Treasurer
PO Box 26585
Richmond, VA    23261-6585

Commonwealth of VA – Tax
PO Box 2156
Richmond, VA    23218-2156

Consumer Portfolio Svc.
Attn:  Bankruptcy
PO Box 57071
Irvine, CA    92619-7071

Henrico Doctors Hospital
PO Box 740760
Cincinnati, OH    45274-0760

HSBC Taxpayer Finance
90 Christiana Road
New Castle, DE    19720-3118

IC Systems, Inc.
PO Box 64378
St. Paul, MN    55164-0378

Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA    19101-7346

Prestige Financial Svc
Attn:  Bankruptcy
PO Box 26707
Salt Lake City, UT    84126-0707

Southwest Credit Systems
4120 International Parkway
Suite 110
Carrollton, TX    75007-1958

Verizon Wireless
PO Box 3397
Bloomington, IL    61702-3397

United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA  23219
Attn:  Clerk of Court

Pia North
North Law
5913 Harbour Park Dr.
Midlothian, VA  23112