UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CASE NO: 15-36520-KLP
CHAPTER  13

In re
David G. Lambert
Brenda L. Lambert

Debtor(s),



ANDREW J. HOLICK

## MOTION TO DISMISS OR SUSPEND ORDER ON MOTION TO EMPLOY SPECIAL COUNSEL

COMES NOW the creditor, Andrew J. Holick, and hereby serves its notice to Request that the ORDER ON MOTION TO EMPLOY SPECIAL COUNCIL be dismissed, revoked or suspended, until after the MOTION TO RECONSIDER, that was entered onto the docket on March 14th, 2016 and scheduled to be heard on April 6, 2016 at 10:30 A.M., has occurred.

WHEREFORE, this Creditor respectfully requests this honorable Court to Dismiss, revoke or suspend this case or schedule a time to have it heard.

Pro Se
ANDREW J. HOLICK
8907 Royal Birkdale Drive
Chesterfield, VA  23832
(804) 350-5942

## CERTIFICATE OF SERVICE

I CERTIFY that a copy has been furnished either by electronic or standard first class mail on March 17, 2016, to: David G. Lambert and Brenda L. Lambert, Debtor(s), 202 E. Brookland Park Blvd., Richmond, VA 23222; Jason M. Krumbein, Esq., Counsel for the Debtor(s) in Bankruptcy, Krumbein Consumer Legal Services, Inc., 5310 Markel Rd., Suite 102, Richmond, VA 23230; Suzanne E. Wade, Chapter 13 Trustee, PO Box 1780, Richmond, VA 23218-1780 Fax: (804) 775-0986, Pia North, North Law, 5913 Harbour Park Dr., Midlothian, VA, 23112.

Given under my hand this 17th day of March, 2016

_____
ANDREW J. HOLICK

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Richmond ▼Division

In re   David G. Lambert

Brenda L. Lambert

Case No.   3:15-BK-36520-KLP

Chapter   13

Debtor(s)

### NOTICE OF HEARING

TO:   Creditor(s) and Parties of Interest

On 3/17/2016 _____, Andrew J. Holick, Creditor _____ filed with the Court
MOTION TO DISMISS OR SUSPEND ORDER ON MOTION TO EMPLOY SPECIAL COUNSEL

NOTICE IS HEREBY GIVEN that a hearing to consider and act upon said matter will be held at:

U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5100, Richmond, VA   23219   ▼

Date:   April 6, 2016

Time:   10:30 A.M.

Date:

NOTICE GIVEN BY: _____

Counsel/Pro Se
Address:   Andrew J. Holick
8907 Royal Birkdale Drive
Chesterfield, VA   23832

State Bar Number *[if applicable]*:
Telephone Number:   (804) 350-5942

Case No.    15-36520-KLP

## CERTIFICATE OF SERVICE

I CERTIFY that on March 17, 2016, I have mailed a true copy of the foregoing documents by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee and to all creditors and parties in interest of the mailing list attached hereto.

*Andrew J. Holick*

Given under my hand this 17th day of March, 2016.

*Andrew J. Holick*

---

David G. Lambert and
Brenda L. Lambert
202 E. Brookland Park Blvd.
Richmond, VA  23222

Suzanne E. Wade
Chapter 13 Trustee
PO Box 1780
Richmond, VA  23218-1780
Fax:  (804)775-0986

Alfa Vision Insurance Co
PO Box 2328
Brentwood, TN  37024-2328

Avid Acceptance
PO Box 708580
Sandy, UT    84070-8580

Avid Acceptance, LLC
6995 Union Park Center
Midvale, UT    84047-6047

CJW Medical Center
Post Office Box 99008
Bedford, TX    76095-9108

City Auto
4000 Regent Blvd
Irving, TX    75063-2246

City of Richmond DPU Bank
Dept. of Public Utilities
730 E. Broad Street, 5th Floor
Richmond, VA    23219-1861

Comcast
5401 Staples Mill Road
Richmond, VA    23228-5443

Commonwealth Hospitalist Serv.
4050 Innslake Dr.
Suite 308
Glen Allen, VA    23060-3327

Consumer Portfolio Svc.
Attn:  BANKRUPTCY
19500 Jamboree Rd.
Irvine, CA    92612-2401

Dominion Virginia Power
PO Box  26543
Richmond, VA    23290-0001

Focus Recovery Solutions
Attn:  Bankruptcy
9701 Metropolitan Court, Suite B
Richmond, VA    23236

Fast Auto Loan
5218 West Broad St.
Richmond, VA    23230-3010

First Credit Corporation
PO Box 9300
Boulder, CO    80301-9300

First Credit Corporation
PO Box 9300
Boulder, CO    80301-9300

Henrico County Treasurer PP
PO Box 90775
Henrico, VA    23273-0775

Ntelos
PO Box 580423
Charlotte, NC    28258-0423

Case No.    15-36520-KLP

| | | |
|---|---|---|
| Produce Source Partners<br>13167 Telecourt Rd<br>Ashland, VA  23005-7454 | Solomon & Solomon, PC<br>5 Columbia Circle<br>Albany, NY  12203-6374 | Jason M. Krumbein, Esq.<br>Krumbein Consumber Legal Services, Inc.<br>1650 Willow Lawn Dr., Suite 201<br>Richmond, VA  23230 |
| Chesterfield County Property Taxes<br>Richard A. Cordle, Treasurer<br>PO Box 26585<br>Richmond, VA  23261-6585 | Commonwealth of VA – Tax<br>PO Box 2156<br>Richmond, VA  23218-2156 | Consumer Portfolio Svc.<br>Attn:  Bankruptcy<br>PO Box 57071<br>Irvine, CA  92619-7071 |
| Henrico Doctors Hospital<br>PO Box 740760<br>Cincinnati, OH  45274-0760 | HSBC Taxpayer Finance<br>90 Christiana Road<br>New Castle, DE  19720-3118 | IC Systems, Inc.<br>PO Box 64378<br>St. Paul, MN  55164-0378 |
| Internal Revenue Service<br>Centralized Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Prestige Financial Svc<br>Attn:  Bankruptcy<br>PO Box 26707<br>Salt Lake City, UT  84126-0707 | Southwest Credit Systems<br>4120 International Parkway<br>Suite 110<br>Carrollton, TX  75007-1958 |
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL  61702-3397 | United States Bankruptcy Court<br>Eastern District of Virginia<br>701 East Broad Street<br>Richmond, VA  23219<br>Attn:  Clerk of Court | Pia North<br>North Law<br>5913 Harbour Park Dr.<br>Midlothian, VA  23112 |